*State, Respondent, v. Waller, Petitioner*, No. 93583-1. Petition for review of a decision of the Court of Appeals, No. 45939-6-II, August 9, 2016, 195 Wn. App. 1036. *Denied* January 4, 2017.

*State, Respondent, v. Myers, Petitioner*, No. 93584-0. Petition for review of a decision of the Court of Appeals, No. 73443-1-I, August 1, 2016, 195 Wn. App. 1025. *Denied* January 4, 2017.

*State, Respondent, v. Dere, Petitioner*, No. 93590-4. Petition for review of a decision of the Court of Appeals, No. 72713-3-I, July 25, 2016, 195 Wn. App. 161. *Denied* January 4, 2017.

*State, Respondent, v. Young, Petitioner*, No. 93592-1. Petition for review of a decision of the Court of Appeals, No. 73760-0-I, July 11, 2016, 194 Wn. App. 1054. *Denied* January 4, 2017.

*Schulte et al., Respondents, v. City of Seattle, Petitioner*, No. 93594-7. Petition for review of a decision of the Court of Appeals, No. 72821-1-I, July 18, 2016, 195 Wn. App. 1004. *Denied* January 4, 2017.

*State, Respondent, v. Nelson, Petitioner*, No. 93596-3. Petition for review of a decision of the Court of Appeals, No. 46768-2-II, August 16, 2016, 195 Wn. App. 1042. *Denied* January 4, 2017.

*Earl, Petitioner, v. XYZPrinting, Inc., Respondent*, No. 93598-0. Petition for review of a decision of the Court of Appeals, No. 47034-9-II, July 6, 2016, 194 Wn. App. 1050. *Denied* January 4, 2017.

*State, Respondent, v. Olson, Petitioner*, No. 93603-0. Petition for review of a decision of the Court of Appeals, No. 72965-9-I, August 15, 2016, 195 Wn. App. 1040. *Denied* January 4, 2017.